# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA HARPER, on her own behalf and on behalf of all others similarly situated,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | CASE NO. 1:23-cv-00453-RAH-KFP |
| **HOME OIL COMPANY, INC., dba HOBO PANTRY,** ) ) ) ) | |
| **Defendant.** ) | |

## JOINT STIPULATION FOR DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the above action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted, this the 29th day of March, 2024.

/s/ John Allen Fulmer II_____
John Allen Fulmer II (ASB-1089-O42F)
**FULMER LAW FIRM, PC**
2330 Highland Avenue, South
Birmingham, AL  35205

/s/ Peter H. Burke_____
Peter H. Burke (ASB-1992-K74P)
**CR LEGAL TEAM, LLP**
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243

*/s/ Edward I. Zwilling*_____
Edward I. Zwilling (ASB-1564-L54E)
**LAW OFFICE OF EDWARD**
**I. ZWILLING, LLC**
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

*Attorneys for Plaintiff individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of March, 2024, the foregoing document was filed with the Clerk of the Court using CM/ECF and on the following either via electronic transmission of Notice of Electronic Filing generated by CM/ECF or via electronic mail.

Rick A. Howard
Ashley Tidwell Britton
Morgan Booker Beckman
**HOLTSFORD GILLILAND HITSON**
**HOWARD STEVENS TULEY & SAVARESE, P.C.**
*Attorneys for Defendant*
Post Office Box 4128
Montgomery, Alabama 36103-4128

*/s/ John Allen Fulmer II*_____
John Allen Fulmer II