IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA HARPER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:23-cv-00453-RAH |
| HOBO OIL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation for Dismissal* (Doc. 25) filed on March 29, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** on this the 1st day of April 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE